*A. Ellison*, for the appellants.

May Term,<br>1859.<br><br>THE STATE<br>v.<br>SCOTT.

---

WATKINS and Another <em>v.</em> COLUMBIA.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—In this case, no brief has been filed by either party, and the errors assigned will, therefore, be considered as waived. 11 Ind. R. 492.

The appeal is dismissed with costs.

*J. Ryman* and *B. Spooner*, for the appellants.

*W. S. Holman*, for the appellee.